# Exhibit 5

ZIMMERMAN | REED

November 13, 2023

**Via Overnight Courier**

L'Occitane
Attn: Legal Department
1430 Broadway
Floor 2
New York, New York 10018

Re:     Mass Arbitration Filings v. L'Occitane

To Whom it May Concern:

Pursuant to the Terms & Conditions posted on L'Occitane's website, enclosed please find a Hard Drive containing individual arbitration demands submitted to the American Arbitration Association ("AAA") on November 10, 2023, pursuant to the AAA's Mass Arbitration Supplementary Rules. Each Claimant requests that Respondent L'Occitane pay all arbitration fees related to their individual claims directly to AAA.

Sincerely,

Y. Christopher Nagakawa
Attorney | 310.765.1103 | christopher.nagakawa@zimmreed.com

cc:     Adam Bowser, 1717 K Street NW, Washington DC 20006