# Exhibit 6

# ZIMMERMAN | REED

January 30, 2024

**Via Email Only**

Adam D. Bowser
ArentFox Schiff LLP
1717 K Street, NW
Washington, DC 20006
adam.bowser@afslaw.com

Re:   CIPA Claims Against L'Occitane

Dear Mr. Bowser,

This letter requests that L'Occitane, Inc. immediately reimburse our firm $12,625 for arbitration filing fees related to our clients' claims ("Claimants") that have been commenced against L'Occitane before the American Arbitration Association ("AAA") as required by the mandatory arbitration clause in L'Occitane's Terms. Our firm advanced the filing fees at issue to AAA on behalf of each Claimant for which we now seek reimbursement. We direct this letter to you as you have previously informed us that you represented L'Occitane in these matters and trust that you will forward to your client for payment.

On November 10, 2023, Zimmerman Reed filed 50 individual arbitration demands on behalf of our clients with the AAA against L'Occitane. Each demand claimed damages totaling less than $10,000 per Claimant and alleged that L'Occitane violated the Calif. Invasion of Privacy Act, Pen. Code §631 et seq., and other laws, including UCL, CLRA, common law invasion of privacy, and intrusion upon seclusion, by using user behavior monitoring software supplied by and used under agreements with third-parties without prior consent.

On December 20, 2023, Zimmerman Reed filed an additional 51 individual arbitration demands on behalf of our clients against L'Occitane with the AAA asserting similar claims. Once again, each of the 51 arbitration demands claimed damages totaling less than $10,000 per Claimant.

On January 24, 2024, the AAA sent a letter and invoice to Zimmerman Reed, as counsel for all 101 Claimants (collectively referred to as "Claimants"), requesting payment of a $125 non-refundable filling fee for each of the 101 filed claims, totaling $12,625. A copy of AAA's January 24, 2024, letter and invoice are included as Exhibit A. On January 26, 2024, Zimmerman Reed wired $12,625 to AAA to satisfy the pending invoice on behalf of our clients. A copy of the email confirming payment is included as Exhibit B. A list of Claimants asserting claims against L'Occitane for which reimbursement of fees advanced is sought is attached as Exhibit C.

Pursuant to L'Occitane's Terms & Conditions (the "Terms") at the time each Claimants' claims were known and accrued, L'Occitane must reimburse Claimants for all filing fees paid to the AAA, separate from any AAA fees that remain the responsibility of L'Occitane. Specifically, the Arbitration Agreement section of the L'Occitane's Terms states:

January 30, 2024
Page 2

> "Payment of all filing administration and arbitrator fees will be governed by the AAA applicable rules. L'Occitane will reimburse those fees for claims totaling less than $10,000."

Here, 101 Claimants represented by Zimmerman Reed LLP have commenced individual arbitrations against L'Occitane demanding less than $10,000 per client and have paid the AAA filing fees of $125 per Claimant, for a total of $12,625. Pursuant to its' Terms, L'Occitane must now immediately reimburse us, as Claimants' counsel, for the filing fees advanced to AAA.

Within 14 days of the date of this letter, we demand that L'Occitane send payment of $12,625, to Zimmerman Reed LLP at:

>   Zimmerman Reed LLP
>   6420 Wilshire Blvd, Suite 1080
>   Los Angeles, CA 90048

If payment is not received within 14 days, Claimants reserve the right to seek all available relief.

Sincerely,

Y. Christopher Nagakawa
Attorney | 310.765.1103 | christopher.nagakawa@zimmreed.com


cc.   Jason Johnson
      Hart Robinovitch

# EXHIBIT A



Neil Currie
Vice President
2355 Highway 36 W.
Suite 400
Roseville, MN 55113
Telephone: (612)332-6545
Fax: (612)342-2334

January 24, 2024

Y. Christopher Nagakawa, Esq.
Zimmerman Reed
6420 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90048
Via Email to: christopher.nagakawa@zimmreed.com

Case Number: 01-23-0005-3917

Individual Claimants
-vs-
L'Occitane, Inc.

Dear Counsel:

This confirms the American Arbitration Association's ("AAA") receipt of 101 individual demands for arbitrations alleging claims against Respondent L'Occitane, Inc. A list of these cases is enclosed.

Upon review of the documents submitted in the above-referenced matters, the AAA has determined that these disputes will be administered in accordance with the AAA's Mass Arbitration Supplementary Rules in conjunction with the Consumer Arbitration Rules. Unless the contracts submitted with these filings provide that the individuals pay less, a non-refundable filing fee in the amount of **$125.00** per case is payable in full by the individual Claimant in each of the first 500 cases in a multiple case filing under this fee schedule. Claimants' portion of the initial filing fees for these 53 cases is **$12,625.00** (or **$125.00 per case**) as indicated on the attached spreadsheet. Accordingly, we request that Claimants submit payment in the total amount of **$12,625.00** for their portion of filing fees on or before **February 23, 2024.**

Claimants' aggregate invoice is attached here. Please note that while the AAA accepts payment via check, we are also able to provide a secure AAA Paylink for Claimant counsel's convenient online payment via credit card immediately upon request. Please note a credit card surcharge will apply to payments remitted by credit card. Electronic payment instructions for direct wire transfers and/or ACH payments have also been enclosed for counsel's convenience.

If you have any questions, please email the undersigned and we will be happy to assist you.

Sincerely,
/s/
Victoria Chandler
Director of ADR Operations
Direct Dial: (612)278-5124
Email: VictoriaChandler@adr.org
Fax: (612)342-2334

cc:   Caleb Marker, Esq.
      Hrag A. Alexanian, Esq.

 13727 Noel Road Suite 1025
Dallas TX 75240

| Statement Date | Amount Due |
|---|---|
| 01/24/24 | **$12,625.00** |
| 01-23-0005-3917 ||
| Individuals v L'Occitane, Inc. ||

# Invoice

Y. Christopher Nagakawa, Esq.
Zimmerman Reed
6420 Wilshire Boulevard,
Suite 1800
Los Angeles, CA 90048
Via Email to: christopher.nagakawa@zimmreed.com

| Date | Reference Number | Description | Balance | Due Date |
|---|---|---|---|---|
| 1/24/2024 | 02 (01-23-0005-3917) | Claimant Filing Fee<br>101 cases $12,625.00 | $12,625.00 | 2/23/2024 |

## Payment Options

**Wire Transfer / ACH / EFT**

As information transmitted by the bank is often truncated due to limited space, please email your reference information (01-23-0005-3917 Individuals v. L'Occitane, Inc.) with the date and amount of your wire, to ensure that your payment is credited promptly and correctly to corpfinance@adr.org and LMEEFinance@adr.org.

**Name of Bank:** Wells Fargo Bank
**Address:** 150 East 42nd Street, 24th FL., New York, NY 10017, USA
**Account Name:** AAA/American Arbitration Association
**Account Number:** 2000017952068
**ABA/Transit Number:** 121000248

**Reference:**
**Swift Code/BIC:** WFBIUS6S

**Note:** Please take steps to ensure that your bank does in fact wire the entire amount to our account. From time to time, certain banks will keep a portion of the wire transfer for their own service fee, leaving a balance due to the AAA/ICDR.

**Paying by Check**
Checks should be made payable to the American Arbitration Association and include the reference number noted above. Please return this page with your payment to:

**American Arbitration Association**
**Attn: Finance Director**
**13727 Noel Road**
**Suite 1025**
**Dallas, TX 75240**

**Corporate Address and Tax ID:** American Arbitration Association, 120 Broadway, 21st Floor, New York, NY 10271, **EIN # 13-0429745**

# EXHIBIT B

**Subject:** Wire Transfer
**Date:** Friday, January 26, 2024 at 11:16:26 AM Pacific Standard Time
**From:** Brendan Ringdal
**To:** corpfinance@adr.org, LMEEFinance@adr.org
**Attachments:** image001.png

Hello – the purpose of this email is to confirm a wire payment was sent to you from Zimmerman Reed LLP on January 26, 2024 for the reference snipped below.

| Date | Reference Number | Description | Balance |
|---|---|---|---|
| 1/24/2024 | 02 (01-23-0005-3917) | Claimant Filing Fee 101 cases $12,625.00 | $12,625.00 |

**Payment Options**

**Wire Transfer / ACH / EFT**
As information transmitted by the bank is often truncated due to limited space, please email your reference i 3917 Individuals v. L'Occitane, Inc.) with the date and amount of your wire, to ensure that your payment is correctly to corpfinance@adr.org and LMEEFinance@adr.org.

Thank you,

# EXHIBIT C

Exhibit C

| Claimant First Name | Claimant Last Name |
|---|---|
| Isabel | Aguila |
| Thomas | Anderson |
| Kelly | Angel |
| Alice | Audibert |
| Megan | Avila |
| Tara | Barry |
| Alicia | Blaine |
| Dorothy | Blunt |
| Spenser | Bradley |
| Karen | Castillo |
| Vicelia | Castro |
| Natalie | Caudillo |
| Amy | Cetina |
| Gloria | Chaidez |
| Steven | Collins |
| Daniele | Compatangelo |
| Claudia | Dacak |
| Mary Grace | Dar |
| Pamela | Deans |
| Maria | Deleon |
| Svetlana | Dolinsky |
| Anastasiia | El Bariki |
| Jennifer | Endres |
| Veronica | Eshelby |
| William | Estrada |
| Angie | Fotiades |
| Claire | Freeman |
| Francisco | Gallegos |
| Dhaman | Gill |
| Ezra | Gonzalez |
| Rachelle | Gordon |
| Pia | Hagan |
| Susan | Hahn |
| Lucy | Hakverdian |
| LaDiamond | Harvey |
| Christina | Hernandez |
| Lucas | Huerta |
| Kristina | Iversen |
| Veronica | Jensen |
| Julianne | Johnson |
| Beatriz | Juarez |
| Christine | Kenton |
| Roman | Koidl |
| Patricia | Laas |
| Catherine | Lee |
| Deseree | Lhoir |

| | |
|---|---|
| Steve | Lim |
| Vivienne | Lim |
| Tawnya | Little |
| Charlyn | Lu |
| Karri | Lunsford |
| Amy | Luu |
| Laura | Macauley |
| Sharon | Manier |
| Cherry | Mao |
| Sera | Marlowe |
| Lacy | Mason |
| Karen | McAllister |
| Caitlin | Mcdaniel |
| Antoinette | Messina |
| Enric | Morera |
| Shannon | Morgan |
| Yvonne | Mychal |
| Mesbah | Naeimyan |
| Michelle | Newman |
| Timmy | Nguyen |
| Jung | Park |
| Marcia | Pendleton |
| Natasha | Pereira |
| June | Poyourow |
| Salvador | Ramirez |
| Jennifer | Redding |
| John | Ringler |
| Velvet | Roberts |
| Stephanie | Rodriguez |
| Isabelle | Rogers |
| ROZ | Saedi |
| Fardin | Sarraf |
| Victoria | Schizas |
| Vishal | Shah |
| Juli | Shamash |
| Ashlee | Smith |
| Noeleen | Spies |
| Daina | Summerfield |
| Pearl | Tabot |
| David | Takeda |
| Ida | Teal |
| Mady | Tep Vernon |
| Terry | Toler |
| Vanessa | Tran |
| Elena | Tveretinov |
| Alejandro | Vargas |
| Christopher | Villaflor |

Exhibit C

| | |
|---|---|
| Kathy | Vu |
| Dennis | Wang |
| Xiaoxiang | Wang |
| Santrise | Webb |
| Ashley | Williams |
| Robin | Williams |
| Sandra | Yaghoubian |
| Megumi | Yuhara |

Confidential Information	3