# Exhibit 7



Neil Currie
Vice President
2355 Highway 36 W.
Suite 400
Roseville, MN 55113
Telephone: (612)332-6545
Fax: (612)342-2334

February 2, 2024

Y. Christopher Nagakawa, Esq.
Zimmerman Reed
6420 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90048
Via Email to: christopher.nagakawa@zimmreed.com

Adam Bowser, Esq.
ArentFox Schiff, LLP
1717 K Street NW
Washington, DC 20006-5344
Via Email to: adam.bowser@afslaw.com

Case Number: 01-23-0005-3917

Individual Claimants
-vs-
L'Occitane, Inc.

Dear Parties:

The American Arbitration Association (AAA) acknowledges receipt of 101 individual consumer demands for arbitration filed against L'Occitane, Inc. The consumers have now met the administrative filing requirements on each of the 101 cases filed. A list of these cases is enclosed.

The AAA has determined that the Mass Arbitration Supplementary Rules (Supplementary Rules), as effective August 1, 2023, will apply to these cases in conjunction with the [Consumer Arbitration Rules](#). A copy of the Supplementary Rules is attached for your convenience.

At this time, L'Occitane, Inc. is now responsible for payment of the Initiation Fee totaling **$32,825.00**. Payment from the business is due upon receipt. As one or more of these arbitrations is subject to California Code of Civil Procedure sections 1281.97 and 1281.98, payment from the business must be paid by 30 days from the date of this letter or the AAA may close these cases. In accordance with California Code of Civil Procedure section 12(a), please note that since this date falls on a weekend or holiday, payment must be paid by **March 4, 2024**. Pursuant to California Code of Civil Procedure section 1281.98; the AAA cannot grant any extensions to the payment deadline.

Payment can be made by credit card, eCheck, wire, or check. If paying by check, please send payment via a trackable delivery service. Please see payment instructions on the attached invoice.

If the deposit remains unpaid after **March 4, 2024**, the AAA may close the case per the Consumer Arbitration Rules and applicable California statue. According to R-1(d) of the Consumer Arbitration Rules, should the AAA

decline to administer this arbitration, either party may choose to submit its dispute to the appropriate court for resolution.

If you have any questions, please feel free to contact me.

Sincerely,
/s/
Victoria Chandler
Director of ADR Operations
Direct Dial: (612)278-5124
Email: VictoriaChandler@adr.org
Fax: (612)342-2334

cc:   Caleb Marker, Esq.
      Hrag A. Alexanian, Esq.