# Exhibit 8



Neil Currie
Vice President
2355 Highway 36 W.
Suite 400
Roseville, MN 55113
Telephone: (612)332-6545
Fax: (612)342-2334

February 5, 2024

Y. Christopher Nagakawa, Esq.
Zimmerman Reed
6420 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90048
Via Email to: christopher.nagakawa@zimmreed.com

Adam Bowser, Esq.
ArentFox Schiff, LLP
1717 K Street NW
Washington, DC 20006-5344
Via Email to: adam.bowser@afslaw.com

Case Number: 01-23-0005-3917

Individual Claimants
-vs-
L'Occitane, Inc.

Dear Parties:

The American Arbitration Association (AAA) acknowledges receipt of 101 individual consumer demands for arbitration filed against L'Occitane, Inc. ("L'Occitane") confirmed January 24, 2024 and administered in accordance with the AAA's Mass Arbitration Supplementary Rules and Fee Schedule *Effective August 1, 2023* in conjunction with the Consumer Arbitration Rules.

The AAA also acknowledges receipt of 1,980 individual consumer demands for arbitration filed against L'Occitane received January 31, 2024. Although these filings will be grouped together as part of the same mass arbitration filing, and unless the parties agree otherwise, the AAA will administer this second filing in accordance with the AAA's Mass Arbitration Supplementary Rules and Fee Schedule *Effective January 15, 2024* in conjunction with the Consumer Arbitration Rules.

Since Claimant has met the threshold payment for the initiation fee with its January 31, 2024 payment, and once the AAA receives Respondent's filing fees for the initial 101 cases, we will proceed to schedule an administrative call with the parties to discuss any administrative concerns or issues that need to be determined by a process arbitrator, global mediation and procedural efficiencies.

The parties are to meet and confer prior to the administrative call to discuss global mediation and procedural efficiencies and prepare a list of issues to be decided by a process arbitrator.  Please specify those issues agreed upon by the parties and any issues not agreed upon should indicate which party is making the request.

Sincerely,
/s/

Victoria Chandler
Director of ADR Operations
Direct Dial: (612)278-5124
Email: VictoriaChandler@adr.org
Fax: (612)342-2334

cc:     Caleb Marker, Esq.
        Hrag A. Alexanian, Esq.