# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L OCCITANE, INC.<br><br>PLAINTIFF(S)<br><br>v.<br><br>ZIMMERMAN REED LLP , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24−cv−01103−PA−RAO<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 2/8/2024 | 4 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

Summons is not directed to the defendant(s). The defendant's name must appear in the "To:" section of the summons.

*Other Error(s):*

Please put the name of Defendant and put See Attachment 1 for List of Defendants Names and Addresses

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

Date: February 9, 2024            By:  /s/ *Geneva Hunt  geneva_hunt@cacd.uscourts.gov*
                                              Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**