Name and address:
**ALLAN E. ANDERSON (SBN 133672)**
allan.anderson@afslaw.com
**ANDREA M. GUMUSHIAN (SBN 342528)**
andrea.gumushian@afslaw.com
**ARENTFOX SCHIFF LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Tel: 213.629.7400; Fax: 213.629.7401

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

L'OCCITANE, INC.

Plaintiff(s),

v.

Zimmerman Reed LLP; and 3,144 Of Its Purported Client

Defendant(s),

CASE NUMBER
2:24-cv-01103-PA-RAO

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**
*PRO HAC VICE*

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Bowser, Adam
_Applicant's Name (Last Name, First Name & Middle Initial)_                     *check here if federal government attorney* ☐

ArentFox Schiff LLP
_Firm/Agency Name_

1717 K Street, NW                                    202.857.6126                    202.857.6395
                                                     _Telephone Number_              _Fax Number_
_Street Address_
Washington, DC 20006-5344                            adam.bowser@afslaw.com
_City, State, Zip Code_                              _E-mail Address_

**I have been retained to represent the following parties:**

L'OCCITANE, INC                     ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
                                    ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
_Name(s) of Party(ies) Represented_

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| _Name of Court_ | _Date of Admission_ | _Active Member in Good Standing? (if not, please explain)_ |
|---|---|---|
| District of Columbia Bar | 1/8/2010 | Yes |
| D.C. Circuit | 2/27/2009 | Yes |
| Virginia State Bar | 10/27/2008 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 8:22-cv-1434 | Annette Cody v. Boscov's, Inc. | 10/19/2022 | Granted |
| 5:23-cv-00279-SSS-KK | Brenda Perez v. MEC Holding Company | 5/8/2023 | Granted |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated February 16, 2024

Adam Bowser
*Applicant's Name (please type or print)*

/s/ Adam Bowser
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Anderson, Allan E
*Designee's Name (Last Name, First Name & Middle Initial)*

ArentFox Schiff LLP
*Firm/Agency Name*

555 West Fifth Street, 48th Floor
*Street Address*

Los Angeles, CA 90013
*City, State, Zip Code*

213.629.7400
*Telephone Number*

213.629.7401
*Fax Number*

allan.anderson@afslaw.com
*Email Address*

133672
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated February 16, 2024

Allan E. Anderson
*Designee's Name (please type or print)*

*[signature]*
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

I am also a member in good standing in the Western District of Texas (9/14/20), the U.S. District Court for the District of Columbia (7/8/21), Western District of Virginia (10/4/21), and the United States Court of Appeals for the Fourth Circuit (2/6/24).

# CERTIFICATE OF GOOD STANDING

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **ADAM DANIEL BOWSER** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. BOWSER** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 16, 2008**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued January 25, 2024

DaVida M. Davis
**Director of Regulatory Compliance**



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Adam D Bowser*

*was duly qualified and admitted on January 8, 2010 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 25, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*