Name and address:
ALLAN E. ANDERSON (SBN 133672)
allan.anderson@afslaw.com
ANDREA M. GUMUSHIAN (SBN 342528)
andrea.gumushian@afslaw.com
**ARENTFOX SCHIFF LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Tel: 213.629.7400; Fax: 213.629.7401

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L'OCCITANE, INC.<br><br>Plaintiff(s)<br><br>v.<br><br>Zimmerman Reed LLP; and 3,144 Of Its Purported Client<br><br>Defendant(s). | CASE NUMBER<br>2:24-cv-01103-PA-RAO<br><br>ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Bowser, Adam                              of    ArentFox Schiff LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    1717 K Street, NW
202.857.6126          202.857.6395                Washington, DC 20006-5344
*Telephone Number*    *Fax Number*
adam.bowser@afslaw.com
*E-Mail Address*                                *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

L'Occitane, Inc.

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: ___

**and designating as Local Counsel**

Anderson, Allan E                         of    ArentFox Schiff LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    555 West Fifth Street, 48th Floor
133672        213.629.7400        213.629.7401        Los Angeles, CA 90013
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
allan.anderson@afslaw.com
*E-Mail Address*                                *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[x] **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: ___
      ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities *in* California.
      ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because ___

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ will not be refunded.

Dated  February 16, 2024                      _/s/_
                                              **U.S. District Judge/U.S. Magistrate Judge**