1  ALLAN E. ANDERSON (SBN 133672)
   allan.anderson@afslaw.com
2  ADAM D. BOWSER (*pro hac vice*)
   adam.bowser@afslaw.com
3  ANDREA M. GUMUSHIAN (SBN 342528)
   andrea.gumushian@afslaw.com
4  **ARENTFOX SCHIFF LLP**
   555 West Fifth Street, 48th Floor
5  Los Angeles, California 90013
   Telephone: 213.629.7400
6  Facsimile: 213.629.7401

7  Attorneys for Plaintiff
   L'OCCITANE, INC.
8

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11

12

13  L'OCCITANE, INC.,                    Case No. 2:24-cv-01103-PA-RAO

14              Plaintiff,               **NOTICE OF CONSTITUTIONAL CHALLENGE TO STATE STATUTES**
15       v.

16  Zimmerman Reed LLP and 3,144 Of Its  Judge: Hon. Percy Anderson
    Purported Clients,
17                                       Complaint Filed: February 8, 2024
                Defendant(s).
18

19

20

21

22

23

24

25

26

27

28

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS:199582039.1

Case No. 2:24-cv-01103-PA-RAO                              NOTICE OF CONSTITUTIONAL
                                                           CHALLENGE TO STATE STATUTES

Pursuant to Rule 5.1(a) of the Federal Rules of Civil Procedure, Plaintiff L'Occitane, Inc. ("Plaintiff"), by and through counsel, respectfully files this Notice of Constitutional Challenge to State Statutes. Plaintiff's Complaint for Declaratory Judgment and Injunctive Relief (ECF No. 1) filed to initiate this action seeks a declaration that the California Invasion of Privacy Act, including California Penal Code Sections 631 and 632.7, is an unconstitutional content-based restriction on speech, as well as an unconstitutional time, place, and manner restriction on speech under the First Amendment to the Constitution of the United States. Further, Plaintiff is challenging California Penal Code § 631 as unconstitutional because it is void for vagueness under the Fifth and Fourteenth Amendments to the Constitution of the United States.

Under Rule 5.1(a)(2), the Attorney General of California will be served with this Notice and the underlying Complaint via certified mail concurrently with the filing of this Notice. The parties in this action do not include the State of California, one of its agencies, or one of its officers or employees in an official capacity.

Dated: February 20, 2024                    **ARENTFOX SCHIFF LLP**

By: */s/ Andrea M. Gumushian*
Allan E. Anderson
Adam D. Bowser
Andrea M. Gumushian
Attorneys for Plaintiff
L'OCCITANE, INC.

ArentFox Schiff LLP
Attorneys at Law
Los Angeles

AFDOCS:199582039.1
Case No. 2:24-cv-01103-PA-RAO
- 2 -
NOTICE OF CONSTITUTIONAL CHALLENGE TO STATE STATUTES

## PROOF OF SERVICE

I, Katryn Smith, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 West Fifth Street, 48th Floor, Los Angeles, California 90013.

On February 20, 2024, **I electronically filed** the attached document:

### NOTICE OF CONSTITUTIONAL CHALLENGE TO STATE STATUTES

with the Clerk of the court using the CM/ECF system. This notice and exhibit have also been sent via certified mail to the following recipient:

Office of the Attorney General
300 South Spring Street
Los Angeles, CA 90013-1230

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 20, 2024, at Los Angeles, California.


/s/ Katryn Smith

AFDOCS:199582039.1
ArentFox Schiff LLP
Attorneys at Law
Los Angeles
Case No. 2:24-cv-01103-PA-RAO
- 3 -
NOTICE OF CONSTITUTIONAL CHALLENGE TO STATE STATUTES