**ZIMMERMAN REED LLP**
Jeff S. Westerman (SBN 94559)
jeff.westerman@zimmreed.com
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Telephone (310) 752-9385
Facsimile (877) 500-8781

*Attorneys for Defendant*
*Zimmerman Reed LLP Appearing*
*Specially for this Motion*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L'OCCITANE, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Zimmerman Reed LLP; and 3,144 Of Its Purported Clients,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-01103-PA-RAO<br><br>*Assigned to the Honorable Percy Anderson*<br><br>**DEFENDANT ZIMMERMAN REED LLP'S NOTICE OF MOTION AND MOTION FOR AN ORDER TO COMPLY WITH L.R. 5.2-1 AND TO SEAL ECF 1-1 AND ECF 4-1 AND PROTECT PRIVATE INFORMATION OF APPROXIMATELY 2,000 PEOPLE**<br><br>Date:　　　　March 25, 2024<br>Time:　　　　1:30 P.M.<br>Courtroom:　　9A<br><br>Date Action Filed: February 8, 2024 |

1
DEFENDANT'S NOTICE OF MOTION AND MOTION TO SEAL

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that, on March 25, 2024 at 1:30 P.M., or as soon thereafter as counsel may be heard, defendant Zimmerman Reed LLP, by and through its attorneys pursuant to Local Rules 5.2-1 (Redaction) and 79-5.2.1 (Under-Seal Civil Cases) and Fed. R. Civ. P. 5.2(d) (Filings Made Under Seal), hereby moves this Court to provisionally seal Exhibit 1 to the Complaint (ECF 1-1) and Exhibit 1 to the Request for Clerk to Issue Summons on Complaint (ECF 4-1) filed by Plaintiff on February 8, 2024, because ECF 1-1 and ECF 4-1 include the full home address, email address, and telephone numbers of approximately 2,000 individual Defendants.

  This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on February 12, 2024. There was also related correspondence and emails.

  This Motion is made on the grounds that Plaintiff filed ECF 1-1 and ECF 4-1 in violation of Local Rule 5.2-1, which states that "the filer…shall ensure that any document **that contains a home address** (except any proof of service filed as required by Federal Rule of Civil Procedure 4(l)) **shall include only the city and state**." (Emphasis Added.) Local Rule 5.2-1 further states that the parties "shall carefully examine the documents, exhibits, or attachments to be filed with the Court in order **to protect any sensitive and private information**." (Emphasis added.) Local Rule 5.2-1 also states that "Counsel and the parties are cautioned that failure to redact or place under seal **protected personal data identifiers** may subject them to the disciplinary power of the Court." (Emphasis added.)

  Plaintiff filed the Exhibit in question as an Exhibit to the Complaint (ECF 1-1) and an Exhibit to the Request for Clerk to Issue Summons on Complaint (ECF 4-1). It is anticipated that Plaintiff's counsel will argue that ECF 1-1 and ECF 4-1 both fall under an exception to Local Rule 5.2-1 for proof of service filed under Rule 4(l) with respect to the full home addresses. However, this exception does not apply to either ECF 1-1 or ECF 4-1, because the exception applies only to "proof of service filed as required by

Federal Rule of Civil Procedure 4(l))" and neither ECF 1-1 nor ECF 4-1 is a "proof of service." Because neither ECF 1-1 nor ECF 4-1 is a "proof of service," the Rule 4(l) exception to Local Rule 5.2-1 is not implicated. The Court's Form proof of service of the Summons, POS-010, does not call for a home address unless that is where the person is served, and it does call for the other personal information Plaintiff and its counsel included in the subject Exhibits. This information was unnecessarily placed in the public record, contrary to the Local Rules and Forms.

   This Motion is based upon this Notice, the following memorandum of points and authorities, the Declaration of Jeff S. Westerman and exhibits thereto, the pleadings and records on file herein, on such other and further argument and evidence as may be presented at the time of the hearing, and all matters of which this Court may take judicial notice.

Respectfully submitted,

ZIMMERMAN REED LLP

Date: February 23, 2024   By: _____

Jeff S. Westerman
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Telephone (310) 752-9385
Facsimile (877) 500-8781
jeff.westerman@zimmreed.com

*Attorneys for Defendant*
*Zimmerman Reed LLP Appearing Specially for this Motion*