**ZIMMERMAN REED LLP**
Jeff S. Westerman (SBN 94559)
jeff.westerman@zimmreed.com
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Telephone (310) 752-9385
Facsimile (877) 500-8781

*Attorneys for Defendant*
*Zimmerman Reed LLP Appearing*
*Specially for this Motion*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L'OCCITANE, INC., <br><br> Plaintiff, <br><br> v. <br><br> Zimmerman Reed LLP; and 3,144 Of Its Purported Clients, <br><br> Defendant(s). | Case No. 2:24-cv-1103 PA (RAOx) <br><br> *Assigned to the Honorable Percy Anderson* <br><br> **DECLARATION OF JEFF S. WESTERMAN REGARDING DEFENDANT ZIMMERMAN REED LLP'S REPLY MEMORANDUM IN SUPPORT OF MOTION (ECF 17); AND REGARDING READING OF CENTRAL DISTRICT'S CIVILITY AND PROFESSIONALISM GUIDELINES (ECF 31)** <br><br> Date: March 25, 2024 <br> Time: 1:30 P.M. <br> Courtroom: 9A <br><br> Date Action Filed: February 8, 2024 |

1
DECL. OF JEFF S. WESTERMAN IN SUPPORT OF REPLY ISO MOTION TO SEAL

I, Jeff S. Westerman, declare and state as follows:

1. I am an attorney licensed to practice in the state of California and before this Court. I am of counsel at the Defendant law firm of Zimmerman Reed LLP ("Zimmerman Reed").

2. I have personal knowledge of the statements contained herein and if called as a witness, I could and would testify competently thereto.

3. I re-read the Central District's Civility and Professionalism Guidelines following the Court's Order of March 7, 2024 (ECF 31).

4. After I saw the Court's Order, I immediately sent an email to counsel in this case offering to meet and confer again on this Motion that afternoon, or today, Monday morning, of the day our Reply is due. On March 11, 2024, at 11:00 a.m. pacific time, there was a discussion between moving and opposing counsel regarding the Motion. The parties were not able to resolve the issue raised in the Motion.

5. As counsel for Zimmerman Reed LLP on this Motion, which was filed before we retained outside counsel, we are willing to stipulate to put the two documents under seal and withdraw the Motion. We also remain willing to confer after this Reply is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this 11th day of March, 2024, in Los Angeles, California.

                                         /s/ Jeff S. Westerman
                                         Jeff S. Westerman