JENNIFER L. KELLER (SBN 84412)
  jkeller@kelleranderle.com
CHASE A. SCOLNICK (SBN 227631)
  cscolnick@kelleranderle.com
JAY P. BARRON (SBN 245654)
  jbarron@kelleranderle.com
KELLER/ANDERLE LLP
18300 Von Karman Ave., Suite 930
Irvine, CA 92612
(949) 476-8700 Telephone
(949) 476-0900 Facsimile

CALEB MARKER (SBN 269721)
  caleb.marker@zimmreed.com
ZIMMERMAN REED LLP
6420 Wilshire Blvd, Suite 1080
Los Angeles, CA 90048
(877) 500-8780 Telephone
(877) 500-8781 Facsimile

*Attorneys for Defendant,
Zimmerman Reed LLP*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L'OCCITANE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZIMMERMAN REED LLP; and 3,144 Of Its Purported Clients, <br><br> Defendants. | CASE NO.: 2:24-cv-01103-PA-RAO <br><br> *Assigned to the Honorable Percy Anderson* <br><br> **DECLARATION OF JAY P. BARRON RE CIVILITY AND PROFESSIONALISM GUIDELINES** <br><br> Complaint Filed: February 8, 2024 <br> Trial Date: TBD |

DECLARATION OF JAY P. BARRON RE CIVILITY AND PROFESSIONALISM GUIDELINES

1  I, Jay P. Barron, declare under 28 U.S.C. § 1746:

2  1. I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Keller/Anderle LLP, which is counsel for Defendant Zimmerman Reed LLP ("Zimmerman Reed") in this action. I make this declaration per the Court's Order dated March 7, 2024 (ECF No. 31). I have personal knowledge of the matters stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

3  2. I have reviewed and am familiar with the Civility and Professionalism Guidelines for the United States District Court, Central District of California.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 13, 2024.

*/s/ Jay P. Barron*
Jay P. Barron

---

1
DECLARATION OF JAY P. BARRON RE CIVILITY AND PROFESSIONALISM GUIDELINES