ALLAN E. ANDERSON (SBN 133672)
allan.anderson@afslaw.com
ADAM D. BOWSER (*Pro Hac Vice*)
adam.bowser@afslaw.com
ANDREA M. GUMUSHIAN (SBN 342528)
andrea.gumushian@afslaw.com
**ARENTFOX SCHIFF LLP**
555 West Fifth Street, 48th Floor
Los Angeles, California 90013
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Plaintiff
L'OCCITANE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L'OCCITANE, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Zimmerman Reed LLP and 3,144 Of Its Purported Clients,<br><br>　　　　　　Defendant(s). | Case No. 2:24-cv-01103-PA-RAO<br><br>**DECLARATION OF ADAM D. BOWSER REGARDING READING OF CENTRAL DISTRICT'S CIVILITY AND PROFESSIONALISM GUIDELINES**<br><br>Judge: Hon. Percy Anderson<br><br>Complaint Filed: February 8, 2024 |

## DECLARATION OF ADAM D. BOWSER

I, Adam D. Bowser, declare and state as follows:

1. In accordance with the Court's Order dated March 7, 2024 (ECF No. 31), I have read the Central District's Civility and Professionalism Guidelines and fully intend to comply with the Guidelines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of March, 2024, in Leesburg, Virginia.

By: */s/Adam D. Bowser*
Adam D. Bowser