CALEB MARKER (SBN 269721)
    caleb.marker@zimmreed.com
ZIMMERMAN REED LLP
6420 Wilshire Blvd, Suite 1080
Los Angeles, CA 90048
(877) 500-8780 Telephone
(877) 500-8781 Facsimile

*Attorney for Defendant
Zimmerman Reed LLP*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L'OCCITANE, INC., <br><br> Plaintiff, <br><br> v. <br><br> Zimmerman Reed LLP; and 3,144 Of Its Purported Clients, <br><br> Defendants. | CASE NO.: 2:24-cv-01103-PA-RAO <br><br> *Assigned to the Honorable Percy Anderson* <br><br> **DECLARATION OF CALEB MARKER** <br><br> Complaint Filed: February 8, 2024 <br> Courtroom: 9A <br><br> Trial Date: TBD |

I, Caleb Marker, declare and state as follows:

1. I am an attorney duly licensed to practice in the State of California and before this Court. I am a partner at the law firm of Zimmerman Reed LLP, which was named as a Defendant in this matter. I make this declaration per the Court's Order dated March 7, 2024 (ECF No. 31). I have personal knowledge of the matters stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

2. I have reviewed and am familiar with the Civility and Professionalism Guidelines for the United States District Court, Central District of California.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of March, 2024, in Los Angeles, California.

/s/ Caleb Marker
Caleb Marker