ALLAN E. ANDERSON (SBN 133672)
allan.anderson@afslaw.com
ADAM D. BOWSER (*pro hac vice*)
adam.bowser@afslaw.com
ANDREA M. GUMUSHIAN (SBN 342528)
andrea.gumushian@afslaw.com
**ARENTFOX SCHIFF LLP**
555 West Fifth Street, 48th Floor
Los Angeles, California 90013
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Plaintiff
L'OCCITANE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L'OCCITANE, INC., <br><br> Plaintiff, <br><br> v. <br><br> Zimmerman Reed LLP and 3,144 Of Its Purported Clients, <br><br> Defendant(s). | Case No. 2:24-cv-01103-PA-RAO <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF AMBER SMIDEBUSH** <br><br> Judge: Hon. Percy Anderson <br><br> Complaint Filed: February 8, 2024 |

ArentFox Schiff LLP
Attorneys At Law
Los Angeles

Case No. 2:24-cv-01103-PA-RAO

NOTICE OF VOLUNTARY DISMISSAL OF AMBER SMIDEBUSH

AFDOCS:199845048.1

1  Pursuant to Rule 41(a)(1)(A)(i), Plaintiff L'Occitane, Inc. ("L'Occitane")
2  submits this Notice of Voluntary Dismissal as to Defendant Amber Smidebush.[1]
3  Counsel for Ms. Smidebush contacted undersigned counsel on April 16, 2024 and
4  represented that "Zimmerman [Reed] does not now, nor has it ever, represented Ms.
5  Smidebush in any matters." Based on these representations that Ms. Smidebush
6  never authorized Zimmerman Reed to file the underlying arbitration demand
7  against L'Occitane, Plaintiff voluntarily dismisses Ms. Smidebush from this matter.

Dated: April 17, 2024

**ARENTFOX SCHIFF LLP**

By: */s/Allan E. Anderson*
Allan E. Anderson
Adam D. Bowser
Andrea M. Gumushian
Attorneys for Plaintiff
L'OCCITANE, INC.

---

[1] Ms. Smidebush was listed as Claimant/Defendant No. 1,745.

ArentFox Schiff LLP
Attorneys At Law
Los Angeles

Case No. 2:24-cv-01103-PA-RAO
- 2 -
NOTICE OF VOLUNTARY DISMISSAL OF AMBER SMIDEBUSH
AFDOCS:199845048.1