JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L'OCCITANE, INC., | Case No. CV 24-1103 PA (RAOx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| ZIMMERMAN REED LLP; and 3,144 of its Purported Clients, | |
| Defendants. | |

In accordance with the Court's April 12, 2024 Minute Order granting in part the Motion to Dismiss filed by defendant Zimmerman Reed LLP ("Zimmerman Reed"), the April 12, 2024 Minute Order denying the Motion to Compel Arbitration filed on behalf of 3,144 of Zimmerman Reed's clients ("Claimants") (Zimmerman Reed and Claimants are collectively referred to as "Defendants"), and the Court's April 25, 2025 Minute Order, which applied the Court's April 12, 2024 Minute Order dismissing plaintiff L'Occitane, Inc.'s ("L'Occitane") Computer Fraud and Abuse Act claim against Zimmerman Reed to Claimants, and dismissed the claims for declaratory relief asserted in L'Occitane's Complaint without prejudice, it is HEREBY ORDERED, ADJUDGED, AND DECREED that:

. . . .

   1. L'Occitane's first claim alleging violations of the Computer Fraud and Abuse Act against Defendants is dismissed without leave to amend and with prejudice;

   2. L'Occitane's second through seventh claims for declaratory relief are dismissed without leave to amend and without prejudice; and

   3. L'Occitane may not be compelled to arbitrate Claimants' claims alleging violations of the California Invasion of Privacy Act; and

   4. The parties shall bear their own costs.

DATED: April 25, 2024

                 _____
                    Percy Anderson
                UNITED STATES DISTRICT JUDGE